BEFORE THE THIRD DIVISION, NOVEMBER 29, 1939

No. 42689.—Protest 995135–G of R. L. Albert & Son Inc. (New York).

Opinion by EVANS, J. On the record presented the cheese sticks in question were held dutiable as nonenumerated manufactured articles at 20 percent under paragraph 1558 as claimed.

No. 42690.—Protests 694066–G, etc., of Julius Wile Sons & Co. et al. (New York).

Opinion by EVANS, J. The merchandise in question was held dutiable as non-enumerated manufactured articles at 20 percent under paragraph 1558 as claimed.

No. 42691.—Protests 987226–G, etc., of Renken & Yates Smith Corp. et al. (New York).

Opinion by EVANS, J. The merchandise in question was held dutiable as nonenumerated manufactured articles at 20 percent under paragraph 1558 as claimed.

No. 42692.—Protest 952118–G of Damascus Trading Co. (New York).

Opinion by EVANS, J. From the record it was found that the okra in question is dutiable as vegetables prepared at 35 percent under paragraph 775 as claimed.

No. 42693.—Protests 960991–G/88083, etc., of Carson, Pirie, Scott & Co. (Chicago).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 41390 it was held that the currency of the invoice should have been converted at the buying rate of the Yuan national dollar in the ratio of 120 Swatow paper dollars to 100 Yuan national dollars as claimed.

No. 42694.—Petition 5926–R of Mitsubishi Sohji Kaisha, Ltd. (New York).

Opinion by EVANS, J. From the record it was found that the petitioner acted in good faith without any intention to defraud the revenue or misrepresent the facts. The petition was therefore granted. Abstract 36918, *Golding* v. *United States* (T. D. 49078), and *Snow* v. *United States* (1 Cust. Ct. 46, C. D. 13) cited.